# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN RE:  
    Gina C Elliott

SS#: XXX-XX-9586  
    DEBTOR

CASE NO. 16-80381-CRJ-13

CHAPTER 13

## TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, Michael Ford, the Chapter 13 Trustee in the above styled case, and moves this Court to modify Debtor's Plan confirmed May 13, 2016; and as grounds therefore, the Trustee would show unto the Court as follows:

1. The Debtor's Chapter 13 plan presently calls for payments of $345.00 monthly to the Chapter 13 Trustee.

2. The claims that have been filed are in excess of the amounts proposed to be paid in the Plan. Thus, the present amount being paid is inadequate to pay those claims as filed.

3. In order for the Plan to complete as confirmed, the Trustee proposes to increase the Chapter 13 Plan payments to the amount of $388.00 monthly beginning in August 2016 for the remaining 55 months of the plan.

WHEREFORE, the Trustee moves for an order modifying the Plan pursuant to 11 U.S.C. § 1329 and Rule 3015(g) to increase the Chapter 13 Plan payments to the amount of $388.00 monthly, beginning August 01, 2016 for the remaining 55 months of the Plan . Other provisions: All other provisions to remain the same.

RESPECTFULLY SUBMITTED, this the 8th day of July, 2016.

Case 16-80381-CRJ13    Doc 47    Filed 07/08/16    Entered 07/08/16 09:59:09    Desc Main
Document    Page 1 of 2

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U. S. BANKRUPTCY COURT AND A COPY SERVED ON THE CHAPTER 13 STANDING TRUSTEE WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE HEREOF. THIS MOTION WILL BE GRANTED UNLESS AN OBJECTION IS FILED WITHIN TWENTY-ONE (21) DAYS.

/s/ Michael Ford
MICHAEL FORD, TRUSTEE
P.O. BOX 2388
DECATUR, AL 35602-2388
(256)350-0442

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above Motion upon the Attorney for the Debtor and the Debtor , by mailing a copy of the same with adequate postage thereon or by electronic means when available:

| | |
|---|---|
| Gina C Elliott | BOND BOTES SYKSTUS TANNER & MCNUTT |
| PO BOX 2372 | 102 S COURT STREET STE 314 |
| Florence, 35630 | FLORENCE, AL 35630 |

This the 8th day of July, 2016.

/s/ Michael Ford

Michael Ford, Trustee